PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Benjamin W. Eastland</u>     Case Number: <u>3:00-00094-02</u>

Name of Sentencing Judicial Officer: <u>The Honorable Robert L. Echols, U.S. District Judge</u>

Name of Current Judicial Officer: <u>The Honorable Kevin H. Sharp, U.S. District Judge</u>

Date of Original Sentence: <u>February 7, 2003</u>

Original Offense: <u>Ct.2: 18 U.S.C. § 922(g)(1), Felon in Possession of Firearms; Ct.7: 21 U.S.C. § 841(a)(1), Possession with Intent to Manufacture and Distribute a Schedule I Controlled Substance, to wit, in Excess of 100 Marijuana Plants; Ct.12: 18 U.S.C. § 924(c)(1), Use of Firearm During and in Relation to a Drug Trafficking Crime; Ct.13: 21 U.S.C. § 846, Conspiracy to Manufacture and Distribute a Schedule I Controlled Substance, to wit, Marijuana</u>

Original Sentence: <u>131 months' custody and 8 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>     Date Supervision Commenced: <u>October 23, 2009</u>

Assistant U.S. Attorney: <u>Debra Teufel Phillips</u>     Defense Attorney: <u>Thomas Drake, Jr.</u>

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this <u>1st</u> day of <u>Nov</u>, 2013,
and made a part of the records in the above case.

_____
Kevin H. Sharp
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Joshua Smith
U.S. Probation Officer

Place     Nashville, Tennessee

Date     October 30, 2013

4

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **Shall refrain from any unlawful use of a controlled substance.**

   On July 31, 2013, Mr. Eastland tested positive for cocaine and marijuana. On August 7, 2013, Mr. Eastland tested positive for marijuana.

   He has tested negative for illegal drugs on seven occasions since August 7, 2013.

**Compliance with Supervision Conditions and Prior Interventions:**

Mr Eastland began supervised release on October 23, 2009. He is scheduled to terminate supervision on October 22, 2017.

A report was submitted to the Court on August 1, 2013, to inform that a juice box with a hose attached was used by Mr. Eastland during drug testing to attempt to provide a false urine sample for drug testing. Upon discovery of the device, he admitted to recently using marijuana and cocaine. He requested counseling to address his drug use. He stated due to his wife leaving him with their two small children, he felt depressed. He was referred for a substance abuse assessment on August 22, 2013. He failed to report for one scheduled assessment. An assessment was scheduled for October 23, 2013, and the probation office is awaiting the results of the assessment at this time.

Mr. Eastland has been employed full-time since September 2013, with Froggie's Electrical and Mechanical.

**U.S. Probation Officer Recommendation:**

It is recommended that Mr. Eastland be continued on supervised release with no further action at this time.

The U.S. Attorney's Office has been notified of the probation officer's recommendation.

Approved: /s/ W. Burton Putman
W. Burton Putman
Supervising U.S. Probation Officer