UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | CASE NO. 3:00-00094-2 |
| | ) | JUDGE KEVIN H. SHARP |
| BENJAMIN W. EASTLAND | ) | |

**O R D E R**

Pending before the Court is a SEALED MOTION (Docket No. 205).

The motion is GRANTED and the revocation hearing scheduled for April 25, 2014, is hereby rescheduled for Friday, June 27, 2014, at 10:30 a.m.

IT IS SO ORDERED.

*(signature)*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE