UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CASE NO. 3:00-00094-2 |
| ) | JUDGE KEVIN H. SHARP |
| BENJAMIN W. EASTLAND ) | |

**O R D E R**

Pending before the Court is a SEALED MOTION (Docket No. 218).

The motion is GRANTED and the revocation hearing scheduled for September 22, 2014, is hereby rescheduled for Thursday, October 30, 2014, at 2:00 p.m.

IT IS SO ORDERED.

_Kevin H. Sharp_
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE